# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carman, Mark L. | U.S. District Court | 7/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. District Court
P.O. Box 387, Yellowstone Nartional Park, WY 82190

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager | Flying Fox Properties, LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 7/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Charles Scwab Bank | Pledged Asset Line of Credit | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 7/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokage Account #1 | | | | | | | | | |
| 2. --Schwab US Treasurey Fund (SWUXX) | A | Interest | J | T | | | | | |
| 3. --3M Company (MMM) | A | Dividend | K | T | Sold (part) | 09/13/17 | J | C | |
| 4. --Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 5. --Abbvie Inc (ABBV) | A | Dividend | K | T | Sold (part) | 09/13/17 | J | C | |
| 6. --Agilent Technologies Inc (A) | A | Dividend | K | T | | | | | |
| 7. --Air Products & Chemicals Inc (APD) | A | Dividend | K | T | Sold (part) | 05/03/17 | J | D | |
| 8. --Versum Materials Inc - (VSM) | A | Dividend | | | Sold | 06/02/17 | J | B | |
| 9. --Apple, Inc - (AAPL) | A | Dividend | J | T | Sold (part) | 12/27/17 | J | C | |
| 10. --AT&T Inc - (T) | A | Dividend | | | Sold (part) | 05/17/17 | J | B | |
| 11. | | | | | Sold (part) | 10/23/17 | J | A | |
| 12. | | | | | Sold | 11/07/17 | J | A | |
| 13. --Auto Data Processing (ADP) | A | Dividend | | | Sold (part) | 05/09/17 | J | B | |
| 14. | | | | | Sold (part) | 05/17/17 | J | C | |
| 15. | | | | | Sold | 06/27/17 | J | A | |
| 16. --BlackRock Inc (BLK) | A | Dividend | K | T | Sold (part) | 12/27/17 | J | C | |
| 17. --Coca Cola Company - (KO) | A | Dividend | | | Sold | 02/16/17 | J | C | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 7/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --Danaher Corp (DHR) | A | Dividend | J | T | | | | | |
| 19.  --Fortive Corp -(FTV) (Spin off Danaher) | A | Dividend | J | T | | | | | |
| 20.  --Disney Walt Co - (DIS) | A | Dividend | J | T | | | | | |
| 21.  --Ebay Inc - (EBAY) | A | Distribution | J | T | | | | | |
| 22.  --Equifax Inc (EFX) | A | Dividend | J | T | Sold (part) | 05/31/17 | J | D | |
| 23. | | | | | Sold (part) | 09/13/17 | J | B | |
| 24.  --Express Scripts Holding Company (ESRX) | A | Dividend | | | Sold (part) | 01/30/17 | J | B | |
| 25. | | | | | Sold | 03/16/17 | J | B | |
| 26.  --Exxon Mobil Corporation (XOM) | A | Dividend | J | T | Sold (part) | 05/17/17 | J | A | |
| 27.  --General Dynamics Corp (GD) | A | Dividend | J | T | Sold (part) | 07/20/17 | J | D | |
| 28.  --Alphabet Inc Cl C - (GOOG) | A | Dividend | J | T | | | | | |
| 29.  --Alphabet Inc Cl A (GOOGL) | A | Dividend | K | T | Sold (part) | 12/27/17 | J | D | |
| 30.  --Home Depot Inc (HD) | A | Dividend | K | T | Sold (part) | 12/01/17 | J | B | |
| 31.  --JP Morgan Chase & Co (JPM) | A | Dividend | K | T | Sold (part) | 12/06/17 | J | B | |
| 32.  --Kimberly-Clark Corp - (KMB) | A | Dividend | J | T | Sold (part) | 05/17/17 | J | B | |
| 33.  --Microsoft Corp (MSFT) | A | Dividend | K | T | | | | | |
| 34.  --NASDAQ Inc (NDAQ) | A | Dividend | J | T | Sold (part) | 05/11/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 7/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 05/17/17 | J | C | |
| 36. | | | | | Sold (part) | 08/15/17 | J | C | |
| 37. --Nike Inc Class B - (NKE) | A | Dividend | J | T | Sold (part) | 05/17/17 | J | B | |
| 38. --Omnicom Group Inc (OMC) | A | Dividend | | | Sold (part) | 03/14/17 | J | C | |
| 39. | | | | | Sold (part) | 05/17/17 | J | C | |
| 40. | | | | | Sold (part) | 09/06/17 | J | A | |
| 41. | | | | | Sold | 10/31/17 | J | B | |
| 42. --PayPal Holdings Inc (PYPL) | A | Dividend | J | T | | | | | |
| 43. --Costco Wholesale (COST) | A | Dividend | J | T | | | | | |
| 44. --Amazon.com Inc - (AMZN) | A | Dividend | J | T | Buy (add'l) | 06/09/17 | J | | |
| 45. --Fidelity National Information (FIS) | A | Dividend | K | T | Buy (add'l) | 08/17/17 | J | | |
| 46. --Johnson Controls International (JCI) | A | Dividend | | | Sold | 12/19/17 | J | A | |
| 47. --Adient PLC (ADNT) | A | Dividend | J | T | | | | | |
| 48. --Procter & Gamble Co (PG) | A | Dividend | J | T | Sold (part) | 09/13/17 | J | A | |
| 49. --TJX Companies Inc (TJX) | A | Dividend | J | T | Sold (part) | 05/17/17 | J | A | |
| 50. | | | | | Sold (part) | 11/07/17 | J | A | |
| 51. --Schlumberger LTD (SLB) | A | Dividend | J | T | Sold (part) | 05/17/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 10/24/17 | J | A | |
| 53. --Sherwin Williams Co (SHW) | A | Dividend | J | T | | | | | |
| 54. --Snap-On Inc (SNA) | A | Dividend | J | T | Sold (part) | 05/17/17 | J | C | |
| 55. --Stryker Corp (SYK) | A | Dividend | K | T | Sold (part) | 08/15/17 | J | B | |
| 56. | | | | | Sold (part) | 10/31/17 | J | D | |
| 57. --Wells Fargo & Co (WFC) | A | Dividend | J | T | Sold (part) | 09/13/17 | J | B | |
| 58. --Biogen (BIIB) | A | Dividend | J | T | Buy | 11/01/17 | J | | |
| 59. -- Facebook (FB) | A | Dividend | J | T | Buy | 11/07/17 | J | | |
| 60. --Lincoln Nat (LNC) | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 61. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 62. --Schwab Strategic Tr Emerging -Mkts Equity (SCHE) ETF - SCHE | A | Dividend | L | T | Buy (add'l) | 08/21/17 | J | | |
| 63. | | | | | Sold (part) | 05/17/17 | K | B | |
| 64. | | | | | Sold (part) | 08/15/17 | K | C | |
| 65. --iShares S&P Mid-Cap 400 Growth (IJK) | A | Dividend | K | T | Sold (part) | 02/13/17 | J | C | |
| 66. | | | | | Sold (part) | 08/09/17 | J | D | |
| 67. | | | | | Sold (part) | 08/15/17 | J | B | |
| 68. --IQ Hedge Multi-Strategy Tracker (QAI) | A | Dividend | M | T | Sold (part) | 05/17/17 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L.. | 7/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/15/17 | K | A | |
| 70. --SPDR S&P MidCap 400 (MDY) | A | Dividend | L | T | Sold (part) | 02/22/17 | K | C | |
| 71. | | | | | Sold (part) | 04/20/17 | J | D | |
| 72. | | | | | Sold (part) | 05/17/17 | J | D | |
| 73. | | | | | Sold (part) | 08/15/17 | J | C | |
| 74. --iShares MSCI Canada Index (EWC) | A | Dividend | K | T | Sold (part) | 05/17/17 | K | A | |
| 75. | | | | | Sold (part) | 08/15/17 | K | A | |
| 76. --iShares S&P SmallCap 600 Index - (IJR) | A | Dividend | L | T | Sold (part) | 02/24/17 | J | C | |
| 77. | | | | | Sold (part) | 03/23/17 | K | C | |
| 78. | | | | | Sold (part) | 05/17/17 | K | D | |
| 79. | | | | | Sold (part) | 08/10/17 | J | A | |
| 80. | | | | | Sold (part) | 08/15/17 | J | B | |
| 81. --Driehaus Emerging Markets Growth- (DREGX) | A | Dividend | | | Sold (part) | 05/17/17 | K | C | |
| 82. | | | | | Sold (part) | 08/15/17 | J | A | |
| 83. | | | | | Sold | 09/21/17 | K | A | |
| 84. --Vanguard Interm Term Tax-Exempt Admiral (VWIUX) | C | Dividend | L | T | Sold (part) | 03/10/17 | J | A | |
| 85. | | | | | Sold (part) | 03/24/17 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 7/14/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 05/18/17 | J | A | |
| 87. | | | | | Sold (part) | 08/15/17 | K | B | |
| 88. --Vanguard High Yield Tax Exempt Fund (VWALX) | C | Dividend | K | T | Buy | 03/24/17 | K | | |
| 89. | | | | | Sold (part) | 08/15/17 | J | A | |
| 90. --Vanguard Ltd Term Tax Exempt Admiral (VMLUX) | A | Dividend | L | T | Sold (part) | 03/10/17 | K | A | |
| 91. | | | | | Sold (part) | 05/18/17 | K | A | |
| 92. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 93. --Vanguard REIT Index ETF (VNQ) | A | Dividend | | | Sold (part) | 01/11/17 | J | B | |
| 94. | | | | | Sold (part) | 04/25/17 | J | A | |
| 95. | | | | | Sold (part) | 05/17/17 | J | B | |
| 96. | | | | | Sold (part) | 08/15/17 | J | A | |
| 97. | | | | | Sold | 08/22/17 | K | C | |
| 98. --Vanguard Pacific Stock - (VPL) | B | Dividend | L | T | Sold (part) | 05/17/17 | K | A | |
| 99. | | | | | Sold (part) | 08/15/17 | K | A | |
| 100. --Schwab Internationl Equity -(SCHF) | B | Dividend | L | T | Sold (part) | 08/15/17 | K | C | |
| 101. --iShares Dow Jones US Oil - (IEO) | A | Dividend | J | T | Buy (add'l) | 01/31/17 | J | | |
| 102. | | | | | Buy (add'l) | 12/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 7/14/2018 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 10/26/17 | J | A | |
| 104. --Vangurad FTSE Europe (VGK) | A | Dividend | K | T | Buy | 05/10/17 | K | | |
| 105. | | | | | Sold (part) | 05/17/17 | J | A | |
| 106. --Real Estate Select (XLRE) | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 107. --Driehaus Emrg Mkts Gwth (DIEMX) | A | Dividend | K | T | Buy | 09/21/17 | K | | |
| 108. TRUST #3 | | | | | | | | | |
| 109. --Schwab Money Market | A | Int./Div. | J | T | | | | | |
| 110. --iShares S&P 500 Growth Index - (IVW) | A | Dividend | K | T | Buy (add'l) | 01/25/17 | J | | |
| 111. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 112. | | | | | Sold (part) | 01/17/17 | J | B | |
| 113. | | | | | Sold (part) | 02/07/17 | J | A | |
| 114. | | | | | Sold (part) | 03/27/17 | J | A | |
| 115. | | | | | Sold (part) | 04/10/17 | J | A | |
| 116. --iShares S&P Mid-Cap 400 Growth - (IJK) | A | Dividend | J | T | | | | | |
| 117. --SPDR S&P MidCap 400 - (MDY) | A | Dividend | J | T | Sold (part) | 03/27/17 | J | A | |
| 118. | | | | | Sold (part) | 07/21/17 | J | A | |
| 119. --iShares S&P SmallCap 600 Growth ETF - (IJT) | A | Dividend | J | T | Sold (part) | 07/18/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 7/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --iShares S&P SmallCap 600 Index (IJR) | A | Dividend | J | T | Sold (part) | 02/07/17 | J | A | |
| 121. --Vanguard FTSE Europe - (VGK) | A | Dividend | J | T | Buy (add'l) | 01/25/17 | L | | |
| 122. | | | | | Sold (part) | 02/07/17 | J | A | |
| 123. | | | | | Sold (part) | 03/27/17 | J | A | |
| 124. | | | | | Sold (part) | 04/10/17 | J | A | |
| 125. | | | | | Sold (part) | 07/21/17 | J | A | |
| 126. --IQ Hedge Multi-Strategy Tracker - (QAI) | A | Dividend | J | T | Sold (part) | 04/10/17 | J | A | |
| 127. --iShares Core US Aggregate Bond - (AGG) | A | Dividend | J | T | | | | | |
| 128. --Vanguard Pacific Stock (VPL) | A | Dividend | J | T | Buy (add'l) | 01/25/17 | J | | |
| 129. | | | | | Sold (part) | 03/27/17 | J | A | |
| 130. | | | | | Sold (part) | 07/21/17 | J | A | |
| 131. --iShares S&P 500 Value (IVE) | A | Dividend | K | T | Buy (add'l) | 01/17/17 | J | | |
| 132. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 133. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 134. | | | | | Sold (part) | 02/07/17 | J | A | |
| 135. | | | | | Sold (part) | 03/27/17 | J | A | |
| 136. | | | | | Sold (part) | 04/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 7/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 07/21/17 | J | A | |
| 138. | | | | | Sold (part) | 10/21/17 | J | A | |
| 139. --Schwab Strategic Tr Emerging Mkts Equity - (SCHE) | A | Dividend | J | T | Buy (add'l) | 01/25/17 | J | | |
| 140. | | | | | Sold (part) | 03/27/17 | J | A | |
| 141. --SPDR DoubleLine Total Return - (TOTL) | A | Dividend | J | T | | | | | |
| 142. Thrivent Municpal Cond Fund-A | A | Dividend | L | T | | | | | |
| 143. Thrivent Diversified Income Plus Fund A | A | Dividend | J | T | | | | | |
| 144. Templeton Global Advisors Limited | C | Dividend | K | T | | | | | |
| 145. Templeton Investiment Consel LLC | A | Dividend | K | T | | | | | |
| 146. Pacific Life Insuarne Whole Life Policy | A | Interest | J | T | | | | | |
| 147. Brokerage Acct #2 | | | | | | | | | |
| 148. --Berkshire Hathaway | | None | | | Sold (part) | 02/17/17 | J | C | |
| 149. | | | | | Sold | 05/22/17 | J | D | |
| 150. --Schwab Cash | A | Interest | J | T | | | | | |
| 151. IRA #1 | | | | | | | | | |
| 152. --Microsoft | A | Dividend | K | T | | | | | |
| 153. --Schwab Cash | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 7/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. IRA #2 | | | | | | | | | |
| 155. --Schwab Money Market | A | Interest | J | T | | | | | |
| 156. --iShares Barclarys Aggregate Bond (AGG) | A | Dividend | J | T | | | | | |
| 157. --iShares S&P 500 Citigroup Value Indes (IVE) | A | Dividend | K | T | Buy (add'l) | 01/20/17 | J | | |
| 158. --iShares S&P 500 Growth Indes (IVW) | A | Dividend | K | T | Sold (part) | 01/20/17 | J | A | |
| 159. --iShares S&P MidCap 400 Growth (IJK) | A | Dividend | J | T | Sold (part) | 01/30/17 | J | A | |
| 160. --SPDR S&P MidCap 400 (MDY) | A | Dividend | J | T | Sold (part) | 01/30/17 | J | A | |
| 161. --iShares S&P SmallCap 600 (IJT) | A | Dividend | J | T | | | | | |
| 162. --Vanguard Eurpoean Stock (VGK) | A | Dividend | J | T | | | | | |
| 163. --Vanguard Corp Bond (VCSH) | | | | | | | | | |
| 164. --Vanguard REIT Index (VNQ) | A | Dividend | | | Sold | 01/20/17 | J | A | |
| 165. --IQ Hedge Multi-Strategy Trachker (QAI) | A | Dividend | J | T | | | | | |
| 166. --iShares S&P Small Cap Core (IJR) | A | Dividend | J | T | Sold (part) | 01/20/17 | J | A | |
| 167. --Vanguard Pacific Stock (VPL) | A | Dividend | J | T | | | | | |
| 168. IRA #3 | | | | | | | | | |
| 169. --SPDR DoubleLine Total Return (TOTL) | A | Dividend | J | T | | | | | |
| 170. --SPDR Barclays Capital Short Term High Yield (SJNK) Bond - SJNK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L.. | 7/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. --SPDR Utilities Select Sector - (XLU) | A | Dividend | J | T | | | | | |
| 172. --Guggenheim S&P 500 Equal Weight - (RSP) | A | Dividend | J | T | | | | | |
| 173. --First Trust Dow Jones Internet Index - (FDN) | A | Dividend | J | T | | | | | |
| 174. --SPDR Materials Select Sector - (XLB) | A | Dividend | J | T | | | | | |
| 175. --Vanguard Intermediate Term Corp Bond Index - (VCIT) | A | Dividend | J | T | | | | | |
| 176. --iShares 3-7 Year Treasury Bond -(IEI) | A | Dividend | J | T | | | | | |
| 177. --Vanguard Mortgagebacked Securities Index (VMBS) ETF - VMBS | A | Dividend | J | T | | | | | |
| 178. --Vanguard Market Neutral Investor - (VMNFX) | A | Dividend | J | T | Buy (add'l) | 04/24/17 | J | | |
| 179. --iShares S&P SmallCap 600 Growth ETF - (IJT) | A | Dividend | J | T | Sold (part) | 10/18/17 | J | A | |
| 180. --iShares MSCI Canada Index - (EWC) | A | Dividend | J | T | Buy (add'l) | 04/25/17 | J | | |
| 181. | | | | | Sold (part) | 10/18/17 | J | A | |
| 182. --SPDR Energy Select Sector - (XLE) | A | Dividend | J | T | | | | | |
| 183. --Schwab Hedged Equity - (SWHEX) | A | Dividend | J | T | Sold (part) | 04/24/17 | J | A | |
| 184. --Guggenheim S&P 500 Equalwe Cons ETF - (RHS) | A | Dividend | | | Sold | 09/26/17 | J | A | |
| 185. --iShares S&P SmallCap 600 Index - (IJR) | A | Dividend | J | T | | | | | |
| 186. --AQR Managed Futures Strategy N - (AQMNX) | A | Dividend | J | T | Sold (part) | 04/24/17 | J | A | |
| 187. --SPDR Industrial Select Sector - (XLI) | A | Dividend | K | T | Sold (part) | 04/24/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Carman, Mark L. | 7/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --SPDR Health Care Select Sector - (XLV) | A | Dividend | K | T | Sold (part) | 01/17/17 | J | A | |
| 189. --Guggenheim S&P Equal Weight Financial - (RYF) | A | Dividend | | | Sold | 10/18/17 | J | A | |
| 190. --SPDR S&P MidCap 400 - (MDY) | A | Dividend | K | T | Sold (part) | 04/24/17 | J | A | |
| 191. --Vanguard Information Technology - (VGT) | A | Dividend | K | T | Sold (part) | 01/17/17 | J | A | |
| 192. --IQ Hedge mult-Strategy (QAI) | A | Dividend | K | T | Buy (add'l) | 01/17/17 | J | | |
| 193. | | | | | Sold (part) | 04/24/17 | J | A | |
| 194. --iShares S&P Mid Cap (IJK) | A | Dividend | J | T | Sold (part) | 04/24/17 | J | A | |
| 195. --Schwab Emerging Markets (SCHE) | A | Dividend | K | T | Buy (add'l) | 01/17/17 | J | | |
| 196. --SPDR Fund Consumer (XLY) | A | Dividend | K | T | | | | | |
| 197. --Vanguard Telecommunications (VOX) | A | Dividend | J | T | | | | | |
| 198. --Vanguard FTSE Pacific (VPL) | A | Dividend | J | T | Buy (add'l) | 07/17/17 | J | | |
| 199. --Vanguard REIT (VNQ) | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 200. --iShares Floating RAte Bond (FLOT) | A | Dividend | J | T | Buy | 04/24/17 | J | | |
| 201. -- iShares NASDAQ BioTech (IBB) | A | Dividend | J | T | Buy | 06/29/17 | J | | |
| 202. --JPMRG Diversified Return (JPEM) | A | Dividend | J | T | Buy | 01/17/17 | J | | |
| 203. --Index Merger (MNA) | A | Dividend | J | T | Buy | 04/24/17 | J | | |
| 204. | | | | | Buy (add'l) | 07/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 7/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Vanguard Europe (VGK) | A | Dividend | J | T | Buy | 07/18/17 | J | | |
| 206. --SPDR Consumer Staples (XLP) | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 207. | | | | | Sold (part) | 10/18/17 | J | A | |
| 208. --SPDR Real Estate Select (XLRE) | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 209. Flying Fox Properties, LLC | | | | | | | | | |
| 210. --Checking Bank of Bozeman (X) | A | Interest | M | T | | | | | |
| 211. --Chukker Creek (Aiken, SC) | A | Rent | N | R | Buy | 06/30/17 | N | | |
| 212. L Quarter Circle LLC (Campbell County, WY) | | None | O | Q | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 7/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Carman, Mark L. | 7/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII Line 163. This investment was incorrectly listed on the 2016 report as being in this account.

Section VII Line 211. $320,000 on June 30, 2017.

Section VII Line 212. This ranch property was inherited ▮▮▮▮▮▮ in 2015. It has not generated any income since then and I failed to list it in prior reports. I realized this year that I probably should list it. Appraisal was obtained in 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark L. Carman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544